UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11cr5738-JLS |
| Plaintiff, | ) ) ) | ORDER OF CRIMINAL FORFEITURE |
| v. | ) ) | |
| DAVID SANTOS ZAMUDIO II, | ) ) | |
| Defendant. | ) ) | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant, DAVID SANTOS ZAMUDIO II ("Defendant"), pursuant to Title 18, United States Code, Sections 981(a)(1)(c) and 982(b)(1), and Title 28, United States Code, Section 2461(c) as property constituting or derived from proceeds traceable to the violation of Title 18, United States Code, Sections 1343 and 1346, as charged in the Indictment; and

WHEREAS, on or about July 10, 2012, Defendant pled guilty before Magistrate Judge William V. Gallo to Count 1 of the Indictment, which plea and forfeiture addendum included a consent to the forfeiture allegation of the Indictment and an agreement to entry of a $33,600.00 judgment against the Defendant in favor of the United States; and

WHEREAS, on August 10, 2012, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that $33,600.00 (U.S. dollars) represents the proceeds the

Defendant obtained directly or indirectly as a result of the violation of Title 18, United States Code, Sections 1343 and 1346, as charged in the Indictment; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount of $33,600.00, pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 982(b)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the $33,600.00 judgment and the offense; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant DAVID SANTOS ZAMUDIO II shall forfeit to the United States the sum of $33,600.00 pursuant to Title 18, United States Code, Sections 981(a)(1)(c) and 982(b)(1), and Title 28, United States Code, Section 2461(c); and

2. Judgment shall be entered in favor of the United States against Defendant DAVID SANTOS ZAMUDIO II in the amount of $33,600.00, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

3. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the judgment; and

4. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $33,600.00 to satisfy the money judgment in whole or in part; and

//

//

1 | 6. The United States may take any and all actions available to it to collect and enforce
2 | the judgment.
3 | IT IS SO ORDERED.
4 | DATED: August 27, 2012

*[signature]*
Honorable Janis L. Sammartino
United States District Judge